UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



In re: ) Case No. 11-11946
)
ROBINSON OLDHAM, ) Chapter 7
)
    Debtor. ) Chief Judge Pat E. Morgenstern-Clarren
)
) **ORDER**

    The debtor Robinson Oldham filed a motion to reopen this case for the limited purpose of filing a motion to avoid the judgment lien of Eleanor Wallace. (Docket 12).

    On review, the debtor's case was closed on June 14, 2011. In his motion to reopen, the debtor acknowledges that he knew that Ms. Wallace had a judgment against him when he filed his case. Despite that, he apparently did not check the records to see if Ms. Wallace had filed a judgment lien, which she had.

    Three years later, he is are now attempting to reopen this case to address an issue that existed when he filed his bankruptcy. This court has consistently held that it will not find that cause exists to reopen a case when the debtor could and should have addressed a legal issue while the case was pending. Bankruptcy relief of this nature is not intended to be available forever. *See* this court's memorandum to the bar dated 15 July 2011 "Reopening cases to file a reaffirmation agreement or to file a motion to avoid a lien" sent to attorneys and posted on the court's website that date.

    For these reasons, the motion to reopen is denied.

    IT IS SO ORDERED.

                                                              _____
                                                              Pat E. Morgenstern-Clarren
                                                              Chief Bankruptcy Judge